UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08-CR-274 (ESH) |
| ) | |
| KEVIN A. RING, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Based on the hearing on the parties motions' held this date, and for the reasons stated in open court, it is hereby **ORDERED** that:

(1) Defendant's renewed motion for acquittal [Dkt. 155] is **DENIED**;

(2) Defendant's omnibus motion *in limine* [Dkt. 156] is **GRANTED** to the extent that if the value of tickets given to a public official is at issue, the face value of each ticket shall be used, consistent with the Court's previous ruling in *United States v. Coughlin*, No. 08-CR-111 (D.D.C. Nov. 24, 2009) (oral ruling on sentencing). The motion is **DENIED** with respect to statements that purportedly mischaracterize the intent requirement. The remainder of the motion, pertaining to gift rules and witnesses' plea agreements, is held in abeyance.

(3) The government's motion for reconsideration of jury instructions [Dkt. 154] is **DENIED IN PART** with respect to the government's requests (i) to delete the second paragraph of Instruction No. 31, (ii) to revise Instruction No. 31's definition of "official act" and Instruction No. 42's definition of "official action" to include an "act in violation of . . . [a] lawful duty" (*see* 18 U.S.C. § 201(b)(1)(C)), and (iii) to delete "willfully" from Instruction No. 43. The motion is

**GRANTED IN PART** to the extent that the Court will revise Instruction Nos. 31 and 42 to include an instruction pertaining to official acts that incorporates the notion of "clearly established by settled practice," as set forth in the jury instructions given in *United States v. Jefferson*, No. 07-CR-209 (E.D. Va. July 30, 2009).

(4) The government's motion for admission of evidence and reconsideration of prior evidentiary rulings [Dkt. 157] is **DENIED**, except that the government may submit specific book excerpts for the Court's review on or before August 20, 2010.

It is **FURTHER ORDERED** that on or before August 20, 2010,

(5) the parties shall file a jointly agreed-upon jury questionnaire;

(6) the government shall file its exhibits, exhibit lists, and witness lists;

(7) the government may, if it intends to introduce evidence that congressional or executive branch gift rules were violated during the relevant time periods, file a notice that clearly identifies what gifts were received by which public officials, and which specific provisions of the rules were violated by each recipient of the gift; and

(7) the government may file a notice that identifies specific selections from defendant's book excerpts for admission as evidence.

It is **FURTHER ORDERED** that on or before August 30, 2010, defendant shall file any objections to the government's August 20 filings, as well as a list of witnesses that he intends to call at trial who may wish to invoke their rights under the Fifth Amendment.

A further status conference is hereby set for 1:45 p.m. on September 2, 2010.

**SO ORDERED.**

                                                /s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

DATE: August 5, 2010