Appendix 1

*Backup of Book Proposal.*
*wbk*

Titles(s)

CASINOJACKISTAN

THE EDUCATION OF A LOBBYIST

REVOLUTIONARY FELON

**Author**

Kevin A. Ring

Synopsis

Two books, hundreds of articles, and thousands of words have been written about the
Washington, DC lobbying scandal involving Jack Abramoff.

**Biographical Information**

      In 1999, I was recruited by Jack Abramoff and his team to join their top-ranked
lobbying group at the Washington, DC firm of Preston Gates Ellis & Rouvelas Meeds.
Over the next four and a half years, I became one of Abramoff's top deputies, charged
with the responsibility of ensuring that "Team Abramoff", as it came to be known, ran
smoothly and that lobbying clients were satisfied. I served as client manager of
Abramoff's largest and oldest client.

      I was in the room when Sue Schmidt, the Washington Post's Pulitzer Prize-
winning reporter, interviewed Abramoff for the story that broke the scandal wide open. I

      I have had one other book published, entitled *Scalia Dissents: Writings of the
Supreme Court's Most Wittiest, Outspoken Justice* (Regnery 2004). The book is a
compilation of Justice Scalia's opinions organized by subject matter. My contributions
included an introduction, a chapter-long overview of Scalia's judicial philosophy,
background and commentary throughout the other chapters, and a brief epilogue.

      To promote the book, I appeared on national television news programs, including
The Lou Dobbs Show (CNN), Hannity & Colmes (FOX), Inside Politics (CNN), Fox &
Friends (FOX), and dozens of radio programs. I gave a speech on topics covered in the



GX-KR 021

book at the Heritage Foundation, which was covered by and aired on CSPAN. The book has sold over 18,000 copies to date.

## Market Potential

### Competitive Works

There are two books that cover the Abramoff scandal in some detail. *Heist: Superlobbyist Jack Abramoff, His Republican Allies, and the Buying of Washington* (Farrar, Straus and Giroux, 2006) was written by National Journal columnist Peter Stone. Although Stone broke some significant stories during his coverage of the scandal for his magazine, *Heist* is a cursory (20_ pages) overview of the entire story, or more accurately, the story up until the book's publication.

The other book that discusses the scandal is *K Street Gang* by Matthew ___, a writer for the conservative Weekly Standard. Continetti's discussion of the scandal both for the magazine and the book were notable for their lack of original reporting.

[ Title ] would be different – and better – than these books because it will be written from a member of Abramoff's inner circle, someone that worked with Abramoff on daily basis and knows all of the stories behind the events. In addition, since I was a professional lobbyist, [ Title ] will provide better context for the Abramoff scandal and how the crimes of those involved compare and contrast with how business is done every day in Washington.

### Table of Contents and Chapter Outline [Not likely to do this]

### Sample Chapters

GT Intro.doc

Interview/Beginning at GT

Kevin Ring

Kevin Ring
2
Microsoft Word 9.0

Interview/Beginning at GT

My tenure at Greenberg Traurig began, fittingly, with a lie. Jack had been heavily recruited by the Greenberg brass and Susan Ralston had served as the intermediary. She worked out all the details. Who was going, what status they would have, office space, parking, you name it. For those of us on the team, there was not going to be a real interview process. I think we had to show up, not offend anyone, and we were going to be hired.

I met with Fred Baggett, the firm's national leader of government affairs in a small conference room on the 4th floor. Fred was very pleasant and said he had heard a lot of good things about me. Though Fred was complimenting me, he started to seem a little strained. He said something to the effect of, "Now the only difficulty is that there are rules about how many years you have to have been a member of the bar and of the firm before we can make you a partner." I just nodded, not knowing where he was going. "And your young age might ruffle some feathers around here." Again, not much to say since I had no idea what we were talking about.

And then, "So I guess I have to know how important it is to you to be a partner. Jack told us your current firm will make you a partner in order to keep you and so you probably wouldn't come here unless we did, too." If I hadn't been a lobbyist for a year already by that point, I probably would have laughed openly and loudly. But I was beginning to be trained on the fine art of keeping a straight face when outrageous things were proposed. And so I said, truthfully if misleadingly, "Yeah, it's pretty important."

"Okay, we'll see what we can do." That's how I became a partner at a major law firm at 31.



GX-KR 022



3. First time in DC?

4. Law school/Hill rat – getting by on 24k per year

5. Begin working for JTD

6. GOP takes over, Contract with America, become LD at 24

7. Hill life? – the coup meetings; writing a campaign finance bill while going to law school; ████████████████████████████████████████

8. Ashcroft and ██████ – idea for Scalia Dissents

9. ██

10. Back to the House and RSC

11. Leave for PGERM

12. First impressions of Jack and team – DS comments about head spinning around, etc; CNMI loss and JA saying excuse to boost retainer; working for Indians not what I had in mind; started so honest with expenses, etc and how to bill; the "lobbying 15" – like the freshmen 15

13. Internet gaming fight

14. Puerto Rico – writing the statements for every member

15. Jack woos me so I will go to GT; lied in order for me to become partner at 31?

16. ████████

17. The move to GT and setting up there – Gus Boulis murdered

17b. 9/11. Senators in the office. War profiteers. Wasn't lobbyists, it was people coming with their gadgets.

18. ████████████

19. Rudy and Scanlon

20. Hopi and then Sandia

21. ████████

22. Made a deputy to deal with firm

23. Living too large – suites, meals, U. Club, then Signatures

24. Team becomes like Goodfellas (Godfather) We never lose; whack people

GX-KR 023

24. ███████████ ■ ███████████

25. David Lopez – faith, not ███

24. Questioning the operation -- a tension that would continue

25. Jack more disengaged – playing racquetball; not keeping up to speed on clients

26. Hear about Post story; soon hearing it from all over; felt like it was closing in; tried to get another reporter to write it to scoop Post with lesser story

26b. Interview with Susan Schmidt

27. Post story hits as we are buying new house [find out dates]

28. The Gang of 4 begin exit strategy

29. GT begins internal investigation – no atty, first I am seen as new leader, misled/Mr. O'Brien

30. Jack tells me firm is investigating him; does Richard Nixon deal about what they will find in his emails

31. Jack fired as I meet with investigators for first time; then tell firm I got money

32. I mislead investigators

33. Hire Hibey

34. Asked to resign but with time; we appeal to Cesar; decision is maintained- will have to leave but not until end of year; out at Hopi when story is going to hit; must resign immediately

35. Backlash at firm from DC office; firm puts me up at satellite office and then private office

36. Servicing clients while in limbo; loyal clients

37. Move to B&T to start fresh; convince guys to come

38. Dinner with Bryant and Chief – see emails

39. McCain hearings – subpoena ███████████

40. Washington Post story where I am lead – coming down and reading to KO

41. Only lose Hopi

42. ███████████

43. Scanlon pleads, Jack pleads, Neil mentioned

44. Mashpee gets recognized – Boston Herald story; Tony pleads; tears of joy

45. Cooperation continues; Neil pleads

Jack things

- shows us new customized car
- notepad assistants carry with name on it of alleged caller
- monkey in bag to stop casino
- Godfather
- Putting (golf) in office
- Would complain to higher ups about everything
- Respectful toward women; open door; acted when heard about mistreatment
- Really valued team -- bred hard-working guys; good at inspiration
- Taught how to lobby; answer is always yes; do anything to win
- Involved in his kids' lives
- Lied about things big and small
- CNMI defeat means we get to increase retainer
- Called everyone monkeys, not just tribal council members
- Quote to Hill about how lobbying in Bush Admin harder because everything would be judged on merits; suck-up quote that galled Dems



GX-KR 024

## GETTING INTO LOBBYING

I remember the first time I seriously thought about becoming a lobbyist. I was working for then-Senator (and later-Attorney General) John Ashcroft as a counsel on the Senate Judiciary Committee. I was hired by Ashcroft at the end of 1997 because he was flirting with the idea of running for President. A good friend of mine was his office's Policy Director and wanted to bring in some more politically-minded staffers, including those with campaign experience. The Policy Director and I had served as national advance men for Pat Buchanan's 1992 presidential campaign, and after failing to help Pat "take America back", we returned to DC to make amends with the Republican Establishment and earn some beer money.



But after touring Bob Jones University with Senator Ashcroft – a likely record-setting second visit for me; I visited with Buchanan on his run – and doing what I could to help establish Ashcroft as the darling of the social conservatives, it became clear that no one was going to stop the W juggernaut in Texas. Republicans of all stripes had decided that after 8 years of Clinton, it was time to win and Bush's appeal and enormous fundraising prowess made him the early and intimidating frontrunner. Ashcroft's run was over before it began.

He and his staff decided rightly, I thought, that he should focus on his re-election to the Senate. Missouri is not so solidly conservative that Ashcroft, a former two-term state attorney general and two-term governor, could waltz to victory. With all of our work positioning him as the most conservative member of the Senate, he now had to tack to the center and focus on the care and feeding of the state. These were tasks for which I was not best suited. Heck, I don't think I had ever been to Missouri.



It was around this time that ▉▉▉▉▉▉, a former Deputy Chief of Staff to then-Majority Whip Tom DeLay, suggested that I join the lobbying team at his law firm, Preston Gates Ellis & Rouvelas Meeds. I was growing tired of working on Capitol Hill and began to think that the best course for me might be to go downtown and try to practice law and lobby. The likelihood that I would make a lot more money did nothing to dampen my curiosity. But though I was growing tired of the Hill, I was not sure if I was completely ready to give up. I learned that my close friend (and one-time girlfriend), ▉▉▉▉▉▉▉, was preparing to leave her position as Executive Director of the House Conservative Action Team, a caucus of roughly 50 House conservatives that was co-founded by my old boss, Representative John Doolittle of California. I knew the position would be offered to me because I was so familiar with the group and because its most influential members would be supporters. I interviewed for the job in what was mostly a formality and took over in January 1999.

Although I thought it would be a good job, I admit to being concerned that it was a step backward. First, I was returning from the upper chamber to the House. Second, I was giving up my position as a counsel to a committee to serve in the decidedly non-legal position of director of this loosely organized caucus. I confess, however, that I also believed that if I were going to leave the Hill for the greener pastures of K Street and lobbying that the Conservative Action Team position would be a much better diving board. I would have the opportunity to work closely with 50 Members of Congress and their key staffers, a chance that would increase my network of relationships and consequently my value to lobbying firms.

Sure enough, I lasted one year with the CATs, as they were known, before deciding to cash out. During that year, I became engaged...

[MORE HERE]

When I arrived at Preston Gates, I had the advantage of knowing several of the people with whom I would be working. The lobbying team had a great reputation on the Hill and not only because of Jack Abramoff. ▉▉▉▉▉ had been Deputy Chief of Staff to Tom DeLay and was a very well-known staffer. Very few Republicans failed to receive an invitation to ▉▉'s farewell party.

▉▉▉▉ had lobbied me when I worked for Senator Ashcroft and I had heard good things about him from others. He was a committed conservative. And while he is a funny guy, he does not tolerate BS from anyone. I learned to appreciate both of those qualities very much over the years, especially because of the high-octane manure that is spread liberally by politicos in and out of government.

The only warning I remember receiving was from a guy named ▉▉▉▉▉▉▉ a journeyman staffer who worked for Senators Jesse Helms, John Ashcroft, and then later ▉▉▉. ▉▉▉▉ Southern accent lent itself easily to imitation and I can still vividly recall him telling me "You might like lobbying, but I didn't. I don't like having professional friendships." I later learned exactly what he was talking about. There are

DC00000221

people on the Hill that you know and whose company you enjoy. They are friends who you would spend free time with even if you did not need to lobby them. There are many more, however, about which you cannot say the same. You might think they are friends, but if you really thought about it, or were forced to do so, you would not spend any time talking to or thinking about unless you had a client that needed you to do so. They are, in John's words, "professional friends."

Other Republicans at the firm – Shawn Vasell, Dennis Stephens – were guys that had worked with me on the Hill or had lobbied me.

The one name everyone on Capitol Hill considered synonomous with Preston Gates was Jack Abramoff. I am sure many, like me, did not really know him, but everyone knew of him. He received tons of attention in the Hill rags as a big Republican rainmaker with close ties to Majority Whip Tom DeLay. There were other big lobbyists in town, but Jack was the lobbyist most associated with the new Republican majority that swept into power in 1994.

I did not meet Jack...

When you are new to something, you are willing to accept that the way things are being done are the way they are supposed to be done. At the same time, when I look back, the signs that Jack liked to play fast and loose came early. I remember on one of my first days at the firm, Dennis Stephens, a straight-laced conservative, came into my office and closed the door behind him. He sat in one of the two chairs facing my desk. He said, "You are going to see some things that are going to turn your head around." Surprised, I asked what he meant. He said that he knew I was a policy wonk while on the Hill, but that their lobbying relied heavily on political pressure. He alluded to the fact that conservative groups on the outside – non-profits and think-tanks that we both knew from our Hill days – were sometimes paid by clients to help on projects. I acted as if that didn't surprise or bother me, but I did not really process what he had told me.

The other thing I had to learn how to do as a new member of a law firm was bill time. The firm's administrative personnel taught me the mechanics. We were responsible for keeping track of our assignments in 6-minute increments. If we had a meeting that lasted an hour and 55 minutes, we were to enter 1.9 hours on our time system. That was easy enough to do if you had a meeting in the office or if you were writing a memo. It got harder to figure if you had a meeting on Capitol Hill. Should we bill for the time it took us to ride in the cab to the Hill and back? What if you bumped into a friend after your meeting and talked with him for 15 minutes about another client matter? It became clear very quickly that lobbying did not fit so well into an hourly billing system.

Exacerbating this poor fit was the fact that most lobbying clients pay flat fee retainers. Lobbyists charge clients a monthly amount, rather than an amount based on hours worked. This confuses some people, but made perfect sense to me. When you hire a lobbyist, you are hoping to get a project accomplished. That project might call on the

DC00000222

lobbyist or lobbying team to use chits with high-ranking Members of Congress or Administration or agency officials. And it is true, as many lobbyists like to say, that a 10-minute phone call can be more valuable to a client than the 4 hours it took to write the briefing book. Clients are paying for the value of the relationships that it took lobbyists years to build and nurture. [Complete this thought]

Early clients:
CNMI
Elottery.com
Russia issue – housing and oil/IDA bribe
Choctaw
Channel One
ACP with Bruce Heiman
One legal project – failed miserably
Perks:
Suites
Cabs – felt like chauffeur
Meals
BILLING – how do you do this?
"head is going to spin around" – you're a wonk like me
paying outside groups and columnists

Insight into team
Insight into Jack
What I learned about lobbying





FOR LATER SECTION

The hardest part was trying to square the belief that I was a good person with the fact that I had done bad – if not criminal, at least unethical – things. [DEVELOP THIS MORE]

GX-KR 026

DC00000224

In doing this, I went through a number of logical and illogical paths. One is to insist that since you still believe you are a good person that the things you did wrong were not really that bad. Another is to think that maybe you are bad, that you really are not too far removed from that promising student you read about who took a few wrong turns and wound up a crack dealer.

Important step was to confess sins. Priest asked me if it was fraud. That hurt. I was hoping he would leave it as is.

A few years ago, if you asked me, I would have said that anyone who committed a federal felony was a bad person. By the end of this affair, I will likely know a few federal felons – and think that most of them are decent and honest people.



Introduction

In December 1999, I was serving as a legislative director for a caucus of Republican Members of Congress. I had enjoyed my time on the Hill. Working there was gratifying because you learned a lot and assumed a lot of responsibility at a young age. Hard to imagine working somewhere where you felt like you could make a bigger difference. Also, working on the Hill allowed me to go to law school at night. But by the end of 1999, I was worn out. I grew tired of the Hill. What's more, I was engaged and needed to make more money.

Never thought I wanted to lobby but I had been recruited. Thought I would go to a firm and try to both lobby and practice law.

As I sat down to write this book in __ 2007, I thought about all that had happened in the 6 and a half years since I left the Hill. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I bought three houses and moved three times. I worked at three different law firms and was fired by one of them. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I was named one of Washington's top lobbyists for two years running. I researched and wrote a book that was published. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I was subpoenaed to testify before a committee of the United States Senate. I maintained and serviced a book of lobbying business worth over a million dollars. I spent two years secretly cooperating with the FBI and DOJ on an investigation into the biggest lobbying scandal of the past 40 years. I was threatened with indictment and plead guilty.

[I was named Legislative Director for a Member of Congress at 24. I became a partner in a major law firm at 31. I was a published author at 34. And I became a convicted felon at 36.]

I felt like I had crammed at least one full life into those 6+ years. When they were over, I was just 36 and had many years still in front of me.

GX-KR 027

The first time I met Jack Abramoff was in a luxury suite at a Redskins game. I went to the game because I was being recruited by one of his associates to join their law and lobbying firm, known then as Preston Gates Ellis & Rouvelas Meeds. I had heard of Jack - I think every Republican Member and staff on the Hill was at least aware of him - but I didn't know him. I did know a few of the guys that worked on his lobbying team and liked them.

They seemed to enjoy their jobs. Of course, my interaction with them consisted of playing tennis once, golfing once, attending a Bruce Springsteen concert, and watching the Giants play the Redskins. If this was their job, I thought, they had a pretty good gig.

Right up until I joined them, I never saw myself as a lobbyist. When I worked on Capitol Hill, I was the proverbial policy wonk. I didn't even try to understand the sensitivities of constituent politics. It didn't help matters that I grew up in Connecticut and worked for members from other states. When folks from Northern California or Missouri would come in to ask for increased spending for this or that program, the fact that they might have been constituents of my boss at the time meant nothing to me. I would always wonder why my parents and uncles in aunts in the northeast part of the United States should pay for a billion dollar dam to protect a California city that was built in a floodplain.

Like many people I know, my willingness to consider a career in lobbying grew as I moved closer to starting a family. In short, I needed to make more money. The Hill can be rewarding. You get a lot of responsibility at a young age and its fun. But it's not a lucrative career.

It was a strange meeting. I was given tickets to one suite and told to come visit Jack and others in another suite he used. When we finally met, it was like two 5-year-old boys

being pushed together on a playground by their mothers. We made the smallest of small talk and our "conversation" lasted all of 3 minutes. There was no discussion of my joining the firm, or of the firm's attributes, etc.

I remember when I joined the firm, it was a day after, when a guy I was friendly with told me he had decided to leave the firm because lobbying was not for him. I remember vividly his telling me that he didn't like to have "professional friendships." I thought I understood the point he was making, but I could not fully appreciate it until I reached the height and depth of my journey.

This book has several purposes. One is to give an inside view of "Team Abramoff", the 20 or so people that lobbied for Jack Abramoff and his clients over several years. Much has been written about Jack, the scandal, our team, and   , but nothing from the inside. I think I have read everything that's been written – thousands of newspaper articles, Senate committee hearing reports, trial transcripts – but there is so much more. [continue]

The other purpose is to give people a better sense of the lobbying profession: what it does, what it shouldn't do, and explain its symbiotic relationship with Members of Congress; and finally, in telling my story, I hope to provide a cautionary tale about what can happen when you make a corrupt bargain for early success and money.

**Appendix 2**

*Backup of Book Proposal.*
*wbk*

Titles(s)

CASINOJACKISTAN

THE EDUCATION OF A LOBBYIST

REVOLUTIONARY FELON

**Author**

Kevin A. Ring

Synopsis

Two books, hundreds of articles, and thousands of words have been written about the Washington, DC lobbying scandal involving Jack Abramoff.

Biographical Information

In 1999, I was recruited by Jack Abramoff and his team to join their top-ranked lobbying group at the Washington, DC firm of Preston Gates Ellis & Rouvelas Meeds. Over the next four and a half years, I became one of Abramoff's top deputies, charged with the responsibility of ensuring that "Team Abramoff", as it came to be known, ran smoothly and that lobbying clients were satisfied. I served as client manager of Abramoff's largest and oldest client.

███████████████████████████████

I have had one other book published, entitled *Scalia Dissents: Writings of the Supreme Court's Most Wittiest, Outspoken Justice* (Regnery 2004). The book is a compilation of Justice Scalia's opinions organized by subject matter. My contributions included an introduction, a chapter-long overview of Scalia's judicial philosophy, background and commentary throughout the other chapters, and a brief epilogue.

To promote the book, I appeared on national television news programs, including The Lou Dobbs Show (CNN), Hannity & Colmes (FOX), Inside Politics (CNN), Fox & Friends (FOX), and dozens of radio programs. I gave a speech on topics covered in the



GX-KR 021A

book at the Heritage Foundation, which was covered by and aired on CSPAN. The book
has sold over 18,000 copies to date.

## Competitive Works

There are two books that cover the Abramoff scandal in some detail.



[ Title ] would be different – and better – than these books because it will be written from
a member of Abramoff's inner circle, someone that worked with Abramoff on daily basis
and knows all of the stories behind the events. In addition, since I was a professional
lobbyist, [ Title ] will provide better context for the Abramoff scandal and how the crimes
of those involved compare and contrast with how business is done every day in
Washington.

GT intro.doc

Interview/Beginning at GT

Kevin Ring

Kevin Ring
2
Microsoft Word 9.0

Interview/Beginning at GT

My tenure at Greenberg Traurig began, fittingly, with a lie. Jack had been heavily recruited by the Greenberg brass and Susan Ralston had served as the intermediary. She worked out all the details. Who was going, what status they would have, office space, parking, you name it. For those of us on the team, there was not going to be a real interview process. I think we had to show up, not offend anyone, and we were going to be hired.

I met with Fred Baggett, the firm's national leader of government affairs in a small conference room on the 4th floor. Fred was very pleasant and said he had heard a lot of good things about me. Though Fred was complimenting me, he started to seem a little strained. He said something to the effect of, "Now the only difficulty is that there are rules about how many years you have to have been a member of the bar and of the firm before we can make you a partner." I just nodded, not knowing where he was going. "And your young age might ruffle some feathers around here." Again, not much to say since I had no idea what we were talking about.

And then, "So I guess I have to know how important it is to you to be a partner. Jack told us your current firm will make you a partner in order to keep you and so you probably wouldn't come here unless we did, too." If I hadn't been a lobbyist for a year already by that point, I probably would have laughed openly and loudly. But I was beginning to be trained on the fine art of keeping a straight face when outrageous things were proposed. And so I said, truthfully if misleadingly, "Yeah, it's pretty important."

"Okay, we'll see what we can do." That's how I became a partner at a major law firm at 31.



GX-KR 022A



3. First time in DC?

4. Law school/Hill rat – getting by on 24k per year

5. Begin working for JTD

6. GOP takes over, Contract with America, become LD at 24

7. Hill life? – the coup meetings; writing a campaign finance bill while going to law school; ███████████████████████████████████████████

8. Ashcroft and ████ – idea for Scalia Dissents

9. ████

10. Back to the House and RSC

11. Leave for PGERM

12. First impressions of Jack and team – DS comments about head spinning around, etc; CNMI loss and JA saying excuse to boost retainer; working for Indians not what I had in mind; started so honest with expenses, etc and how to bill; the "lobbying 15" – like the freshmen 15

13. Internet gaming fight

14. Puerto Rico – writing the statements for every member

15. Jack woos me so I will go to GT; lied in order for me to become partner at 31?

16. ████████

17. The move to GT and setting up there – ████████████

17b. 9/11. Senators in the office. War profiteers. Wasn't lobbyists, it was people coming with their gadgets.

18. ████████

19. Rudy and Scanlon

20. Hopi and then Sandia

21. ████████

22. Made a deputy to deal with firm

23. Living too large – suites, meals, U. Club, then Signatures

24. Team becomes like Goodfellas (Godfather) We never lose; whack people



GX-KR 023A



Jack things
- shows us new customized car
- notepad assistants carry with name on it of alleged caller
- monkey in bag to stop casino
- Godfather
- Putting (golf) in office
- Would complain to higher ups about everything
- Respectful toward women; open door; acted when heard about mistreatment
- Really valued team -- bred hard-working guys; good at inspiration
- Taught how to lobby; answer is always yes; do anything to win
- Involved in his kids' lives
- Lied about things big and small
- CNMI defeat means we get to increase retainer
- Called everyone monkeys, not just tribal council members
- Quote to Hill about how lobbying in Bush Admin harder because everything would be judged on merits; suck-up quote that galled Dems



GX-KR-024A

## GETTING INTO LOBBYING

I remember the first time I seriously thought about becoming a lobbyist. I was working for then-Senator (and later-Attorney General) John Ashcroft as a counsel on the Senate Judiciary Committee. I was hired by Ashcroft at the end of 1997 because he was flirting with the idea of running for President. A good friend of mine was his office's Policy Director and wanted to bring in some more politically-minded staffers, including those with campaign experience. The Policy Director and I had served as national advance men for Pat Buchanan's 1992 presidential campaign, and after failing to help Pat "take America back", we returned to DC to make amends with the Republican Establishment and earn some beer money.



But after touring Bob Jones University with Senator Ashcroft -- a likely record-setting second visit for me; I visited with Buchanan on his run -- and doing what I could to help establish Ashcroft as the darling of the social conservatives, it became clear that no one was going to stop the W juggernaut in Texas. Republicans of all stripes had decided that after 8 years of Clinton, it was time to win and Bush's appeal and enormous fundraising prowess made him the early and intimidating frontrunner. Ashcroft's run was over before it began.

He and his staff decided rightly, I thought, that he should focus on his re-election to the Senate. Missouri is not so solidly conservative that Ashcroft, a former two-term state attorney general and two-term governor, could waltz to victory. With all of our work positioning him as the most conservative member of the Senate, he now had to tack to the center and focus on the care and feeding of the state. These were tasks for which I was not best suited. Heck, I don't think I had ever been to Missouri.



GX-KR 025A

DC00000220

It was around this time that ██████, a former Deputy Chief of Staff to then-Majority Whip Tom DeLay, suggested that I join the lobbying team at his law firm, Preston Gates Ellis & Rouvelas Meeds. I was growing tired of working on Capitol Hill and began to think that the best course for me might be to go downtown and try to practice law and lobby. The likelihood that I would make a lot more money did nothing to dampen my curiosity. But though I was growing tired of the Hill, I was not sure if I was completely ready to give up. I learned that my close friend (and one-time girlfriend), ██████, was preparing to leave her position as Executive Director of the House Conservative Action Team, a caucus of roughly 50 House conservatives that was co-founded by my old boss, Representative John Doolittle of California. I knew the position would be offered to me because I was so familiar with the group and because its most influential members would be supporters. I interviewed for the job in what was mostly a formality and took over in January 1999.

Although I thought it would be a good job, I admit to being concerned that it was a step backward. First, I was returning from the upper chamber to the House. Second, I was giving up my position as a counsel to a committee to serve in the decidedly non-legal position of director of this loosely organized caucus. I confess, however, that I also believed that if I were going to leave the Hill for the greener pastures of K Street and lobbying that the Conservative Action Team position would be a much better diving board. I would have the opportunity to work closely with 50 Members of Congress and their key staffers, a chance that would increase my network of relationships and consequently my value to lobbying firms.

Sure enough, I lasted one year with the CATs, as they were known, before deciding to cash out. During that year, ██████

[MORE HERE]

When I arrived at Preston Gates, I had the advantage of knowing several of the people with whom I would be working. The lobbying team had a great reputation on the Hill and not only because of Jack Abramoff ██████ had been Deputy Chief of Staff to Tom DeLay and was a very well-known staffer. Very few Republicans failed to receive an invitation to ██'s farewell party.

██████ had lobbied me when I worked for Senator Ashcroft and I had heard good things about him from others. He was a committed conservative. And while he is a funny guy, he does not tolerate BS from anyone. I learned to appreciate both of those qualities very much over the years, especially because of the high octane manure that is spread liberally by politicos in and out of government.

The only warning I remember receiving was from a guy named ██████ a journeyman staffer who worked for Senators Jesse Helms, John Ashcroft, and then later ██████ Southern accent lent itself easily to imitation and I can still vividly recall him telling me, "You might like lobbying, but I didn't. I don't like having professional friendships." I later learned exactly what he was talking about. There are

DC00000221

people on the Hill that you know and whose company you enjoy. They are friends who you would spend free time with even if you did not need to lobby them. There are many more, however, about which you cannot say the same. You might think they are friends, but if you really thought about it, or were forced to do so, you would not spend any time talking to or thinking about unless you had a client that needed you to do so. They are, in John's words, "professional friends."

Other Republicans at the firm – Shawn Vasell, Dennis Stephens – were guys that had worked with me on the Hill or had lobbied me.

The one name everyone on Capitol Hill considered synonomous with Preston Gates was Jack Abramoff. I am sure many, like me, did not really know him, but everyone knew of him. He received tons of attention in the Hill rags as a big Republican rainmaker with close ties to Majority Whip Tom DeLay. There were other big lobbyists in town, but Jack was the lobbyist most associated with the new Republican majority that swept into power in 1994.

I did not meet Jack...

When you are new to something, you are willing to accept that the way things are being done are the way they are supposed to be done. At the same time, when I look back, the signs that Jack liked to play fast and loose came early. I remember on one of my first days at the firm, Dennis Stephens, a straight-laced conservative, came into my office and closed the door behind him. He sat in one of the two chairs facing my desk. He said, "You are going to see some things that are going to turn your head around." Surprised, I asked what he meant. He said that he knew I was a policy wonk while on the Hill, but that their lobbying relied heavily on political pressure. He alluded to the fact that conservative groups on the outside – non-profits and think-tanks that we both knew from our Hill days – were sometimes paid by clients to help on projects. I acted as if that didn't surprise or bother me, but I did not really process what he had told me.



most lobbying clients pay flat fee retainers. Lobbyists charge clients a monthly amount, rather than an amount based on hours worked. This confuses some people, but made perfect sense to me. When you hire a lobbyist, you are hoping to get a project accomplished. That project might call on the

lobbyist or lobbying team to use chits with high-ranking Members of Congress or
Administration or agency officials. And it is true, as many lobbyists like to say, that a 10-
minute phone call can be more valuable to a client than the 4 hours it took to write the
briefing book. Clients are paying for the value of the relationships that it took lobbyists
years to build and nurture. [Complete this thought]

Early clients:
CNMI
Elottery.com
Russia issue – housing and oil/JDA tribe
Choctaw
Channel One
ACP with Bruce Heiman
One legal project – failed miserably
Perks:
Suites
Cabs – felt like chauffeur
Meals
BILLING – how do you do this?
"head is going to spin around" – you're a work like me
paying outside groups and columnists

Insight into team
Insight into Jack
What I learned about lobbying





A few years ago, if you asked me, I would have said that anyone who committed a federal felony was a bad person. By the end of this affair, I will likely know a few federal felons — and think that most of them are decent and honest people.



GX-KR 026A

Introduction

In December 1999, I was serving as a legislative director for a caucus of Republican Members of Congress. I had enjoyed my time on the Hill. Working there was gratifying because you learned a lot and assumed a lot of responsibility at a young age. Hard to imagine working somewhere where you felt like you could make a bigger difference. Also, working on the Hill allowed me to go to law school at night. But by the end of 1999, I was worn out. I grew tired of the Hill. What's more, I was engaged and needed to make more money.

Never thought I wanted to lobby but I had been recruited. Thought I would go to a firm and try to both lobby and practice law.

As I sat down to write this book in __ 2007, I thought about all that had happened in the 6 and a half years since I left the Hill. ███████████████████. I bought three houses and moved three times. I worked at three different law firms and was fired by one of them. ██████████████████. I was named one of Washington's top lobbyists for two years running. I researched and wrote a book that was published. ████████████ ████████████ ██████████████████████████ I maintained and serviced a book of lobbying business worth over a million dollars. ████████████ ████████████████████████████████ ██████████████████

[I was named Legislative Director for a Member of Congress at 24. I became a partner in a major law firm at 31. I was a published author at 34. ██████████████ ██

I felt like I had crammed at least one full life into those 6+ years. When they were over, I was just 36 and had many years still in front of me.

GX-KR 027A

The first time I met Jack Abramoff was in a luxury suite at a Redskins game. I went to the game because I was being recruited by one of his associates to join their law and lobbying firm, known then as Preston Gates Ellis & Rouvelas Meeds. I had heard of Jack - I think every Republican Member and staff on the Hill was at least aware of him - but I didn't know him. I did know a few of the guys that worked on his lobbying team and liked them.

They seemed to enjoy their jobs. Of course, my interaction with them consisted of playing tennis once, golfing once, attending a Bruce Springsteen concert, and watching the Giants play the Redskins. If this was their job, I thought, they had a pretty good gig.

Right up until I joined them, I never saw myself as a lobbyist. When I worked on Capitol Hill, I was the proverbial policy wonk. I didn't even try to understand the sensitivities of constituent politics. It didn't help matters that I grew up in Connecticut and worked for members from other states. When folks from Northern California or Missouri would come in to ask for increased spending for this or that program, the fact that they might have been constituents of my boss at the time meant nothing to me. I would always wonder why my parents and uncles in aunts in the northeast part of the United States should pay for a billion dollar dam to protect a California city that was built in a floodplain.

Like many people I know, my willingness to consider a career in lobbying grew as I moved closer to starting a family. In short, I needed to make more money. The Hill can be rewarding. You get a lot of responsibility at a young age and its fun. But it's not a lucrative career.

It was a strange meeting. I was given tickets to one suite and told to come visit Jack and others in another suite he used. When we finally met, it was like two 5-year-old boys

being pushed together on a playground by their mothers. We made the smallest of small talk and our "conversation" lasted all of 3 minutes. There was no discussion of my joining the firm, or of the firm's attributes, etc.

I remember when I joined the firm, it was a day after, when a guy I was friendly with told me he had decided to leave the firm because lobbying was not for him. I remember vividly his telling me that he didn't like to have "professional friendships." I thought I understood the point he was making, but I could not fully appreciate it until I reached the height and depth of my journey.

This book has several purposes. One is to give an inside view of "Team Abramoff", the 20 or so people that lobbied for Jack Abramoff and his clients over several years. Much has been written about Jack, the scandal, our team, and    , but nothing from the inside. ▮

The other purpose is to give people a better sense of the lobbying profession: what it does, what it shouldn't do, and explain its symbiotic relationship with Members of Congress

**Appendix 3**

·The only warning I remember receiving was from a guy named John Mashburn, a journeyman staffer who worked for Senators Jesse Helms, John Ashcroft, and then later ____. Mashburn's Southern accent lent itself easily to imitation and I can still vividly recall him telling me, "You might like lobbying, but I didn't. I don't like having professional friendships." I later learned exactly what he was talking about. There are people on the Hill that you know and whose company you enjoy. They are friends who you would spend free time with even if you did not need to lobby them. There are many more, however, about which you cannot say the same. You might think they are friends, but if you really thought about it, or were forced to do so, you would not spend any time talking to or thinking about unless you had a client that needed you to do so. They are, in John's words, "professional friends."



GX-KR 025B