UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KEVIN A. RING, ) <br> ) <br>       Defendant. ) <br> ) | No. 1:08-cr-00274-ESH |

**UNITED STATES' UNOPPOSED MOTION TO DISMISS COUNTS NINE AND TEN**

The United States, through its undersigned attorneys, respectfully submits this unopposed Motion to Dismiss in <u>United States v. Kevin A. Ring</u>, 08cr274 (ESH). Pursuant to Federal Rule of Criminal Procedure 48(a), the government moves to dismiss, with prejudice, Counts Nine and Ten of the Indictment (DE 2). Counsel for Mr. Ring has no objections to the motion.

Respectfully submitted,

JACK SMITH  
Chief  
Public Integrity Section

DENIS J. MCINERNEY  
Chief  
Fraud Section

Dated November 2, 2011      By:     /s/ Nathaniel B. Edmonds  
                                               Assistant Chief, Fraud Section  
                                               U.S. Department of Justice  
                                               1400 New York Ave, NW  
                                               Washington, D.C. 20005  
                                               Ph: 202-307-0629  
                                               nathaniel.edmonds@usdoj.gov

PETER M. KOSKI  
Deputy Chief  
Public Integrity Section

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 2nd day of November 2011, I caused a true and correct copy of the foregoing Motion to Dismiss to be electronically delivered to Andrew Wise and Timothy O'Toole, counsel for Mr. Ring.

                                           /s/ Nathaniel B. Edmonds
                                           Criminal Division
                                           U.S. Department of Justice