UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 8 2014
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:08-cr-00274-ESH |
| ) | |
| KEVIN A. RING, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for amici curiae Families Against Mandatory Minimums and National Association of Criminal Defense Lawyers. I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/
Paul F. Enzinna (D.C. Bar No. 421819)
Brown Rudnick LLP
601 13th Street, NW, Suite 600
Washington, DC 20005
202.536.1700 (office)
617.289.0512 (fax)

*Counsel for Families Against Mandatory Minimums and National Association of Criminal Defense Lawyers*

January 28, 2014

**RECEIVED**



JAN 2 8 2014

Clerk, U.S. District and
Bankruptcy Courts