# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | **Criminal No. 08-274 (ESH)** |
| **KEVIN A. RING,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

Before the Court is Defendant's Motion to Unseal [ECF No. 314] in the above-captioned matter. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion is **DENIED**, and the Motion to File as an Amicus [ECF No. 319 is **GRANTED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 10, 2014